UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-CR-06-MU

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD BRYAN DAWKINS, | ) | ORDER UNDER SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon Defendant's Motion to Seal Motion for Downward Departure. For good cause shown, the motion is **GRANTED**. Defendant's August 15, 2002 Motion for Downward Departure is to be sealed and remain sealed until such time as a motion is made and granted providing for the unsealing of the same.

**IT IS SO ORDERED.**

Signed: June 28, 2006

Graham C. Mullen
United States District Judge